United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SHERIF EL-GHARBAWY, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO.: 4:21-cv-1646 |
| § § | |
| BRUNEL ENERGY, INC. and § | |
| FREEPORT McMORAN, INC., § § | |
| Defendants. § | |

### ORDER

On this date the Court considered Defendants' Unopposed Motion for Stay and to Compel Arbitration. Having considered same, the Court Orders that it be granted.

Therefore, it is ORDERED that this matter is compelled to arbitration and is stayed pending resolution of the arbitration.

SIGNED this ___25th___ day of June, 2021.

KEITH P. ELLISON
United States District Judge